UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT E. STUART,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF FRAMINGHAM and<br>BRIAN SIMONEAU, Assistant to the<br>Chief of Police, individually,<br><br>     Defendants. | *<br>*<br>*<br>*<br>*   Civil Action No. 1:16-cv-12559-IT<br>*<br>*<br>*<br>*<br>*<br>* |

JUDGMENT

January 23, 2020

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [#220] allowing Defendants' Motions for Summary Judgment [#175], [#177], judgment is entered in favor of City of Framingham and Brian Simoneau. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge