# United States Court of Appeals
## For the First Circuit

No. 20-1135

VINCENT E. STUART,

Plaintiff, Appellant,

v.

CITY OF FRAMINGHAM, MASSACHUSETTS, f/k/a Town of Framingham; and BRIAN SIMONEAU, Assistant to the Chief of Police of the City of Framingham,

Defendant, Appellees.

**JUDGMENT**

Entered: February 24, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Seth Jared Robbins, Benjamin J. Wish, John J. Cloherty III, Timothy M. Burke