# United States Court of Appeals
## For the First Circuit

No. 20-1135

VINCENT E. STUART

Plaintiff - Appellant

v.

CITY OF FRAMINGHAM, f/k/a Town of Framingham; BRIAN SIMONEAU, Assistant to the Chief of Police of the City of Framingham, individually

Defendants - Appellees

**MANDATE**

Entered: March 17, 2021

In accordance with the judgment of February 24, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Timothy M. Burke
John J. Cloherty III
Seth Jared Robbins
Benjamin J. Wish